

# EOD
10/13/2005

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| IN RE:<br>Frank Daniel Cowan<br><br>Debtor(s) | § Bankruptcy Case No. 05-46331 btr<br>§<br>§<br>§ Chapter: 7<br>§<br>§<br>§ |

## ORDER SETTING 8-DAY DISMISSAL DEADLINE
## FOR FILING REQUIRED MASTER MAILING LIST (MATRIX)

ON THIS DATE the above-referenced Debtor(s) filed a voluntary petition seeking relief under the above-referenced chapter of Title 11, United States Code. However, the Debtor(s) have failed, in violation of Federal Rule of Bankruptcy Procedure 1007(a)(1) and Local Rule of Bankruptcy Procedure 1007(b)(1), to present to the Court at that time an alphabetized ceditor list which includes the name and last known mailing address for every listed creditor. The Court is of the opinion that such an omission prevents creditors and parties in interest from receiving timely notice of this bankruptcy filing and precludes the prompt scheduling of the meeting of creditors required by 11 U.S.C. §341(a). Thus, the failure of the Debtor(s) to adhere to the requirements of the Federal and Local Rules of Bankruptcy Procedure prevents the prompt administration of this case and constitutes an unreasonable delay by the Debtor(s) that is prejudicial to creditors. Thus, good cause exists for the entry of the following order:

**IT IS THEREFORE ORDERED** that the above-referenced Debtor(s) shall file the required Master Mailing List (matrix) within eight (8) days of the entry of this Order.

**IT IS FURTHER ORDERED** that, in the event that the Debtor(s) fails to file a Master Mailing List (matrix) within eight (8) days of the date of this Order, absent a further order of the Court extending such deadline for cause shown, this case shall be dismissed, pursuant to §349(a) of the Bankruptcy Code, without further notice or hearing and *with prejudice* to the rights of the Debtor(s) to file a subsequent petition under any of the provisions of Title 11, United States Code, for a period of ninety (90) days from the entry of the order of dismissal.

Dated: 10/13/05

BRENDA RHOADES
UNITED STATES BANKRUPTCY JUDGE