**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

IN RE:  **FRANK DANIEL COWAN**                                    CASE NO

                                                                                                CHAPTER    **7**

## **VERIFICATION OF MAILING LIST**

      In accordance with Local Rule 1002, the above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of my knowledge.  I also certify that the attached mailing list

[ ]  is the first mailing list filed in this case.

[ ]  adds entities not listed on previously filed mailing list(s).

[ ]  changes or corrects names and address on previously filed mailing lists.


Date _____       Signature _____
                                                                                          ***FRANK DANIEL COWAN***


Date _____       Signature _____

American Express
P.O. Box 297804
Ft. Lauderdale, FL 33329-7879

Bank of America
PO BOX 650260
DALLAS, TX 75265-0260

Citi Cards
P.O. Box 6241
SIOUX FALLS, SD 57117-6241

MBNA America
P.O. Box 15026
Wilmington, DE 19850-5026

OPTION ONE
PO BOX 57054
IRVINE, CALIFORNIA 92619

SHEREE BRATT COWAN
7109 AMETHYST LN
PLANO, TX 75025

TAMPA BAY FEDERAL CREDIT UNION
PO BOX 7492
TAMPA, FLORIDA 33673-7492