IN THE UNITED STATES BANKRUPTCY COURT
FOR THE Eastern DISTRICT OF
Texas Plano DIVISION

IN RE: ) CHAPTER 7
FRANK D COWAN
) REQUEST FOR SPECIAL
) NOTICE
Case No: 05-46331
DEBTOR(S) ) [No Hearing Required]

TO THE CLERK:

The undersigned attorneys for:

HOUSEHOLD BANK (SB), N.A.
Best Buy Co., Inc.

a creditor of the above referenced debtor.

Pursuant to the provisions of the Bankruptcy Code and Bankruptcy Rule 2002:

REQUEST IS HEREBY MADE that HOUSEHOLD BANK (SB), N.A. be given and served with all notices given or required to be given in the case as follows:

HOUSEHOLD BANK (SB), N.A.
BASS & ASSOCIATES, P.C.
3936 E Ft Lowell Rd Ste 200
Tucson, AZ 85712-1083

Accordingly, the undersigned attorney further requests that the foregoing name and address be added to the Master Mailing List.

Dated: 12/21/05

Respectfully submitted,
BASS & ASSOCIATES, P.C.

By:/s/ Nichlas P. Spallas
/s/ Erik G. Jacobson
Attorneys for Creditor
HOUSEHOLD BANK (SB), N.A.